STATE vs. FRANK CASTINO.

Franklin County. Decided May 5, 1925. The respondent was indicted for a single sale of intoxicating liquors. After conviction and before judgment his attorney moved in arrest of judgment, which motion was denied and exceptions taken and allowed. The presiding Justice on motion of the county attorney certified that the exceptions were frivolous and the same were thereupon transmitted to the Chief Justice under Sec. 55, Chap. 82, R. S.

The exceptions are clearly without merit. The ground urged in support of the motion in arrest is that the indictment is duplicitous, but the indictment is substantially in the form provided in Chapter 127, R. S., and the one in general use and is not open to the objection urged. Exceptions overruled. Judgment for the State. *Currier C. Holman, County Attorney*, for the State. *Cyrus N. Blanchard*, for the respondent.

---

MARTHA E. BASFORD vs. CLARENCE W. BASFORD AND TRUSTEES.

Penobscot County. Decided May 16, 1925. Action of assumpsit to recover the amount of certain bills stated in the account annexed, which the plaintiff claimed were due at the time of a divorce between the parties and were agreed to be paid by the defendant. The defendant denied such agreement and claimed an agreement to pay certain bills, which he had paid. The only evidence was the testimony of each party, which was flatly contradictory. The jury found a verdict for the defendant. The case comes up on a general motion for a new trial.

The case involved pure questions of fact. A careful examination of the evidence does not disclose any error on the part of the jury, which would authorize any interference by this court with the verdict. Motion overruled. *Frederick B. Dodd*, for plaintiff. *Wilfred I. Butterfield*, for defendant.